JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND ZACHARY ROSE, <br> Petitioner, <br> v. <br> JOHN SUTTON, Warden, <br> Respondent. | Case No. CV 16-09557 AG (SHK) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: March 30, 2019

HONORABLE ANDREW J. GUILFORD
United States District Judge